IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV208 |
| | ) | |
| v. | ) | |
| | ) | |
| RETRIEVAL MASTERS CREDITORS BUREAU, INC., a/k/a RMCB, d/b/a AMERICAN MEDICAL COLLECTION AGENCY, INC., a/k/a AMCA, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for leave to file answer out of time (Filing No. 7). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until September 21, 2009, to file its answer to plaintiff's complaint.

DATED this 11th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court