IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV208 |
| | ) | |
| v. | ) | |
| | ) | |
| RETRIEVAL MASTERS CREDITORS BUREAU, INC., a/k/a RMCB, d/b/a AMERICAN MEDICAL COLLECTION AGENCY, INC., a/k/a AMCA, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation of dismissal with prejudice (Filing No. 13). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that stipulation of dismissal is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 13th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court